UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
300 N. HOGAN STREET, SUITE 9-150
JACKSONVILLE, FLORIDA 32202-4217

RECIEVED
UNION CORRECTIONAL INSTITUTION
APR 21 2017
BY: FOR MAILING

ANTONIOUS WILDER,
LARRY DAWKINS,

Vs.

K.D. JORDAN, WARDEN,
T. KNOX, AST. WARDEN
M.L. WILFORK, CLASS. SUP.
E. PEREZ, C.H.O.
FORBIS, R.N.
Bell, LT.
CLIFFIN, SGT.
GARNER, SGT.
WOODS, SGT.
JOHN DOE, C.O.
{IN THEIR REPRESENTAIVE
CAPACITIES}

CASE NO.: 3:17-cv-488-J-34JBT

2017 APR 26 PM 1:18
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT
FILED

PETITION FOR AN PROHIBITORY INJUNCTION

COMES NOW, Larry Dawkins, an NATURAL PERSON of CAPAX NEGOTII, for one ANTONIOUS WILDER, AN CORPORATE FICTION, within this matter of AN MANIFEST DISREGARD of DOCTRINE, 18 U.S.C.A. § 35 IMPARTING OR CONVEYING FALSE INFORMATION; 2292; 2384 SEDITIOUS CONSPIRACY;

PAGE 1 of 5

241 CONSPIRACY AGAINST RIGHTS; 242 DEPRIVATION OF RIGHTS UNDER COLOR OF LAW; 1071 CONCEALING PERSON FROM ARREST.

Hence Larry Dawkins, VOLUNTARY SURETY offers CONCLUSIVE EVIDENCE ATTACHED EXHIBIT (A), the need for the granting of an PROHIBITORY INJUNCTION RELIEF, FOR:

1) ON MARCH 31, 2017, the VOLUNTARY SURETY was PHYSICALLY and SEXUALLY ASSAULTED. Bye COMMAND of Lt. Bell, Sgt's CLIFTIN, GARNER, WOODS, AND C.O.J. DOE, thru acts of CONTUMACY to FLORIDA ADMINISTRATIVE CODE 33-602.210 (3D, 7. For At no time sitting on floor did the VOLUNTARY SURETY assert Aggression or pose AN threat to anyone.

2) Sgt's CLIFTIN AND WOODS, then SODOMIZE the VOLUNTARY SURETY. As Wood's pulls down the VOLUNTARY SURETY, Boxer's then SGT. CLIFTIN, forces his FINGER, in the VOLUNTARY SURETY ANUS.

3) VOLUNTARY SURETY, is heard on the USE OF FORCE VIDEO TAPE SCREAMING SEXUAL ASSAULT, AND then Lt. Bell, repeats this claim.

4) RN FORBIS, comes cell front with Lt. Bell, an FICTIOUSLY conducts a use of force examination of the VOLUNTARY SURETY. SAYING you are going to be examined for SEXUAL ASSAULT.

5) ON APRIL 1, 2017, The VOLUNTARY SURETY, first informs the DUTY WARDEN of the need for this exam, And is denied. Then AN INMATE SICK CALL to RN, KATHLEEN HURLEY, requesting this exam and is denied this exam.

6) ON APRIL 3, 2017, the VOLUNTARY SURETY, attempts to EXHAUST his ADMINISTRATIVE REMEDIES with numerous complaints to WARDEN JORDAN.

PAGE 2 of 5

7) ON APRIL 7, 2017, WARDEN JORDAN's OFFICE REFUTES to respond to the complaints and C.H. O, E. PEREZ, refuse to examine the VOLUNTARY SURETY, so no physical proof of SAID ASSAULT is AVAILABLE as evidence. Then Suddenly DISCIPLINARY REPORT #213-170295 is put into the system as an exhibit used to intimidate.

8) ON APRIL 10, 2017, Forms DC6-112B and DC6-2028 is left with the VOLUNTARY SURETY for 24 hrs., and the DC6-2028 was not Properly FILED for it didnot have AND LOG #.

9) When the VOLUNTARY SURETY, makes REQUEST for LEGAL MATERIAL that can ASSIST him, such as the question for § The ADDRESS to the U.S. COURT RESPONSIBLE for UNION C.I. (N. NORTHERN DISTRICT OF JACKSONVILLE OR is it GAINESVILLE?). As EVIDENCE proves I am given UNION COUNTY CLERK of COURT AND U.S. DISTRICT COURT of GAINESVILLE, FLA., AND this is done to get MY CIVIL SUIT dismissed for neither has JURISDICTION to entertain such COMPLAINTS. As the COURT can CLEARLY VIEW an 18 USCA §1514/§2521 is appropriately REQUIRED to ENSURE the VOLUNTARY SURETY of his I, IV, VI, VIII and XIV AMENDMENTS of THE UNITED STATES CONSTITUTION. For on the DC6-236 Form INCLUDED next to RESPONSE YOU observe the money SIGN AS $0. To illustrate this conspiracy for even FLORIDA's CONSTITUTION ARTICLE X §24 (e) clearly states the VOLUNTARY SURETY is entitled Financial Relief.

HENCE FORTH the VOLUNTARY SURETY is requesting an granting of this PROHIBITORY INJUNCTION RELIEF.

HUMBLY SUBMITS
Larry Dawkins

PAGE 3 OF 5

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing PETITION FOR AN PROHIBITORY INJUNCTION, has been furnished to AGENTS OF THE DEPARTMENT OF CORRECTIONS hands, for POSTING VIA UNITED STATES MAIL to: UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, 300 N. HOGAN STREET, SUITE 9-150 JACKSONVILLE, FLORIDA 32202-4217. ON The DATE OF APRIL 21, 2017.

RESPECTFULLY SUBMITS
Larry Dawkins
LARRY DAWKINS, VOLUNTARY SURETY
ANTONIOUS WILDER,
CORPORATE FICTION

ANTONIOUS WILDER 187653
UNION CORRECTIONS
P.O. BOX 1000
RAIFORD FL 32083

PAGE 4 OF 5

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### INMATE REQUEST

P04-0243

Mail Number: _____
Team Number: _____
Institution: UCI

TO: (Check One) ☐ Warden ☐ Asst. Warden ☐ Classification ☐ Security ☐ Medical ☐ Mental Health ☐ Dental ☒ Other LAW LIBRARY

FROM:
- Inmate Name: WILDER - ANTONIOUS
- DC Number: 187653
- Quarters: U4214
- Job Assignment: 
- Date: 4/17/17

**REQUEST** I am indigent    Check here if this is an informal grievance ☐

Can I please receive legal assistance via
1>3 DC2-530 Request for Accommodation
2>5 DC1-303  (3) 5 DC6-236  (4) 10 sheets of paper
5)The address to the U.S. Court responsible for
Union C.I. (FL. Northern District of Jacksonville
or is it Gainesville?)

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): ANTONIOUS WILDER    DC#: 187653

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE** $0    DATE RECEIVED: APR 19 2017 RECEIVED BY: ........

Union Co. Clerk of Ct.
55 W. Main St.
Room 103
Lake Butler, FL.
32054

U.S District Court
Northern Div.
401 S.E. 1st Ave.
Suite 322
Gainesville, FL.
32601

5-DC6-236
2-DC1-303    (JTM on 4-19-17)
10 paper

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): S. Taylor    Official (Signature): Taylor    Date: APR 19 2017

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 10 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 12/14)

Incorporated by Reference in Rule 33-103.005, F.A.C.

(5)